UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Kenneth P. Kellogg, Rachel Kellogg and Kellogg Farms, Inc., Roland B. Bromley and Bromley Ranch, LLC, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Watts Guerra, LLP, Daniel M. Homolka, P.A., Yira Law Office Ltd., Hovland and Rasmus, PLLC, Dewald Deaver, P.C., LLO, Givens Law, LLC, Mauro, Archer & Associates, LLC, Johnson Law Group, Wagner Reese, LLP, VanDerGinst Law, P.C., Patton Hoversten & Berg, P.A., Cross Law Firm, LLC, Law Office of Michael Miller, Pagel Weikum PLLP, Wojtalewicz Law Firm, Ltd., Mikal C. Watts, Francisco Guerra, and John Does 1-50<br><br>Defendants. | Court File No. 0:18-cv-01082-DWF-BRT<br><br>**DEFENDANTS DANIEL M. HOMOLKA P.A. AND YIRA LAW OFFICE, LTD.'S MOTION TO STAY PENDING TRANSFER BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

Pursuant to Federal Rule of Civil Procedure 7(b) and Local Rule 7.1, Defendants Daniel M. Homolka, P.A. and Yira Law Office Ltd. ("the Moving Defendants") respectfully move to stay further proceedings and deadlines in this case pending the decision of the Judicial Panel on Multidistrict Litigation to

transfer this action into the MDL currently pending before Judge Lungstrum in the District of Kansas, Case No. 14-md-2591 ("MDL 2591").  The Moving Defendants have made efforts to meet and confer with Plaintiffs' counsel regarding this motion, but have been unsuccessful.  A supporting memorandum and proposed order are attached.

May 16, 2018

**LIND JENSEN SULLIVAN & PETERSON
A PROFESSIONAL ASSOCIATION**

*/s/  João C.J.G. de Medeiros*_____
Richard A. Lind, I.D. No. 0063381
João C.J.G. de Medeiros, I.D. No. 0390515
901 Marquette Ave. So.
Minneapolis, MN 55402
Telephone:  (612) 333-3637
Facsimile:    (612) 333-1030
Rick.lind@lindjensen.com
Joao.medeiros@lindjensen.com

*Counsel for Defendants Daniel M. Homolka, P.A. and Yira Law Office, Ltd.*