UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kenneth P. Kellogg, Rachel Kellogg and Kellogg Farms, Inc., Roland B. Bromley and Bromley Ranch, LLC, individually, and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>Watts Guerra, LLP, Daniel M. Homolka, P.A., Yira Law Office LTD, Hovland and Rasmus, PLLC, Dewald Deaver, P.C., LLO, Givens Law, LLC, Mauro, Archer & Associates, LLC, Johnson Law Group, Wagner Reese, LLP, VanDerGinst Law, P.C., Patton Hoversten & Berg, P.A., Cross Law Firm, LLC, Law Office of Michael Miller, Pagel Weikum PLLP, Wojtalewicz Law Firm, Ltd., Mikal C. Watts, Francisco Guerra, and John Does 1-50<br><br>                Defendants. | Case No. 0:18-cv-01082 (DWF/BRT)<br><br><br><br>**NOTICE OF JOINDER IN MOTION TO STAY PENDING TRANSFER BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br>**[Doc. No. 10]** |

TO: All Counsel of Record.

PLEASE TAKE NOTICE that Defendants Mauro, Archer & Associates, LLC, Johnson Law Group, Wagner Reese, LLP, VanDerGinst Law, P.A., and Law Office of Michael Miller, appearing specially through the undersigned counsel, hereby join in the Motion to Stay Pending Transfer by Judicial Panel on Multidistrict Litigation that was filed by Defendants Daniel M. Homolka, P.A. and Yira Law Office Ltd., on May 16, 2018 [Doc. No. 10].

For the reasons set forth in the memorandum of law filed in support of Defendants' Motion to Stay Pending Transfer by Judicial Panel on Multidistrict Litigation [Doc. No. 11], the affidavits submitted by counsel for Defendants, and all the files, records and proceedings herein,

Defendants Mauro, Archer & Associates, LLC, Johnson Law Group, Wagner Reese, LLP, VanDerGinst Law, P.A., and Law Office of Michael Miller respectfully request that the motion be granted. By joining in Defendants' Motion to Stay Pending Transfer, Defendants Mauro, Archer & Associates, LLC, Johnson Law Group, Wagner Reese, LLP, VanDerGinst Law, P.A., and Law Office of Michael Miller do not waive their rights to challenge the exercise of this Court's jurisdiction over them.

| | |
|---|---|
| Dated:  May 24, 2018 | ANTHONY OSTLUND BAER & LOUWAGIE P.A. |
| | |
| | *s/ Arthur G. Boylan* <br> Arthur G. Boylan (#338229) <br> 3600 Wells Fargo Center <br> 90 South Seventh Street <br> Minneapolis, MN  55402 <br> Telephone:  (612) 349-6969 <br> Facsimile:  (612) 349-6996 <br> aboylan@anthonyostlund.com |
| | **Attorney for Defendants Mauro, Archer & Associates, LLC, Johnson Law Group, Wagner Reese, LLP, VanDerGinst Law, P.C., and Law Office of Michael Miller** |