UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kenneth P. Kellogg, Rachel Kellogg and Kellogg Farms, Inc., Roland B. Bromley and Bromley Ranch, LLC, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>Watts Guerra, LLP, Daniel M. Homolka, P.A., Yira Law Office LTD, Hovland and Rasmus, PLLC, Dewald Deaver, P.C., LLO, Givens Law, LLC, Mauro, Archer & Associates, LLC, Johnson Law Group, Wagner Reese, LLP, VanDerGinst Law, P.C., Patton, Hoversten & Berg, P.A., Cross Law Firm, LLC, Law Office of Michael Miller, Pagel Weikum, PLLP, Wojtalewicz Law Firm, Ltd., Mikal C. Watts, Francisco Guerra, and John Does 1-50,<br><br>                    Defendants. | CIV. NO. 18-1082 (DWF/BRT)<br><br><br><br>**ORDER ON ANSWER DATE<br>FOR COMPLAINT PENDING TRANSFER<br>BY JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION** |

This matter is before the Court on the Defendants' motions and notices of joinder to extend time to answer the complaint pending transfer by judicial panel on multidistrict litigation.[1] (Doc. Nos. 24, 32, 36, 46.)

---

[1] At this time, most of the Defendants have either filed a motion for extension or have joined in a pending motion for extension.

Based on the file, status of the case, and submissions on record, **IT IS HEREBY ORDERED** that:

1. Defendants' motions and joinders in the motions (Doc. Nos. 24, 32, 36, 46) are **GRANTED**.

2. The time for all Defendants to answer or otherwise respond to the Complaint is extended to ten (10) days after a ruling on the pending Motion to Stay Pending Transfer by Judicial Panel on Multidistrict Litigation (Doc. No. 10), if the case is not stayed, and if the Court does not order otherwise.

Date: May 25, 2018

                                           *s/ Becky R. Thorson*
                                           BECKY R. THORSON
                                           U.S. Magistrate Judge