UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kenneth P. Kellogg, Rachel Kellogg and Kellogg Farms, Inc., Roland B. Bromley and Bromley Ranch, LLC, individually, and on behalf of all others similarly situated, | Court File No. 18-cv-01082-DWF-BRT |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF HEARING ON MOTION FOR CLASS CERTIFICATION AND INJUNCTIVE RELIEF** |
| v. | |
| Watts Guerra, LLP, Daniel M. Homolka, P.A., Yira Law Office LTD, Hovland and Rasmus, PLLC, Dewald Deaver, P.C., LLO, Givens Law, LLC, Mauro, Archer & Associates, LLC, Johnson Law Group, Wagner Reese, LLP, VanDerGinst Law, P.C., Patton, Hoversten & Berg, P.A., Cross Law Firm, LLC, Law Office of Michael Miller, Pagel Weikum, PLLP, Wojtalewicz Law Firm, Ltd., Mikal C. Watts, Francisco Guerra, and John Does 1-50, | |
| Defendants. | |

To:    All Parties and their Counsel of Record:

PLEASE TAKE NOTICE that on September 20, 2018 at 2:00 p.m., or as soon thereafter as counsel can be heard, before the Honorable Donovan W. Frank, Senior United States District Judge, at the United States District Court, Courtroom 7C, 724 Federal Building, 316 N. Robert Street, St. Paul, MN 55101, Plaintiffs Kenneth P. Kellogg, Rachel Kellogg, Kellogg Farms, Inc., Roland B. Bromley and Bromley Ranch, LLC, individually, and on behalf of all others similarly situated, by and through their

1

undersigned counsel, shall appear and present a motion pursuant to Local Rule 7.1 for class certification and notice and injunctive relief.

Dated: May 29, 2018

By: /s/ Douglas J. Nill
    Douglas J. Nill (#0194876)

**DOUGLAS J. NILL, PLLC**
**d/b/a FARMLAW**
2050 Canadian Pacific Plaza
120 South Sixth Street
Minneapolis, MN  55402-1801
Telephone:  (612) 573-3669
Email:  dnill@farmlaw.com

Counsel for Plaintiffs and Proposed Class
Of Farmers